IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 11-262 |
| JASON LAMAR PRESSLEY | : | |

**O R D E R**

**AND NOW**, this  15th  day of   July   , 2015, upon consideration of Petitioner's Motion to Modify, Correct, and/or Terminate Supervised Release pursuant to 18 U.S.C. § 3583 (ECF No. 18), and Motion To Amend Under Rule 15 (ECF No. 19), and all papers submitted in support thereof, it is **ORDERED** as follows:

1. Petitioner's Motion is **DENIED**; and

2. Petitioner's Motion is also **DENIED** under 18 U.S.C. § 2255.  No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**